# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| MAGALIE TAPIA,<br><br>      Plaintiff,<br><br>      v.<br><br>MIDLAND CREDIT<br>MANAGEMENT, INC.,<br><br>      Defendant. | Case No. 2:26-cv-00695-DJC-CKD<br><br>**ORDER ON STIPULATION EXTEND TIME FOR DEFENDANT MIDLAND CREDIT MANAGEMENT, INC. TO RESPOND TO COMPLAINT BY NOT MORE THAN 28 DAYS (L.R. 144)**<br><br>District Judge:  Daniel J. Calabretta<br>Magistrate Judge:  Carolyn K. Delaney<br><br>Complaint Filed:     03/03/26 |

The parties have filed a Stipulation to extend time for Defendant Midland Credit Management, Inc. ("MCM") to respond to the Complaint from April 3, 2026 to and including April 24, 2026.

Good cause appearing, this Court grants the parties' Stipulation and extends the time for MCM to file its response to the Complaint to April 24, 2026.

**IT IS SO ORDERED.**

Dated:  April 2, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE